**Order entered July 28, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00870-CV

## IN RE ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., Relator

**Original Proceeding from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-16-0401**

## ORDER
Before Justices Lang, Evans, and Stoddart

Before the Court is relator's July 24, 2017 petition for writ of mandamus in which relator complains of the trial court's orders denying relator's pleas to the jurisdiction. Also pending in this Court is relator's interlocutory appeal of the same orders. The interlocutory appeal is docketed as Cause No. 05-17-00872-CV, *Electric Reliability Council of Texas, Inc. v. Panda Power Generation Infrastructure Fund, LLC d/b/a Panda Power Funds, et al.*

After reviewing the petition for writ of mandamus and the documents on file in this original proceeding and in cause number 05-17-00872-CV, we have determined that this original proceeding should be consolidated into the interlocutory appeal and determined with the interlocutory appeal. We defer to the submissions panel to address each issue presented under the applicable standards.

Accordingly, on the Court's own motion, we **ORDER** cause number 05-17-00870-CV

**CONSOLIDATED** into cause number 05-17-00872-CV. We **DIRECT** the Clerk of Court to

remove all documents from cause number 05-17-00870-CV and refile them in cause number 05-

17-00872-CV and to treat cause number 05-17-00870-CV as a closed case. We **ORDER** that all

future pleadings be filed in and bear only cause number 05-17-00872-CV.

This consolidation order does not alter any pending deadlines in cause number 05-17-

00872-CV. The clerk's record, reporter's record, and the parties' briefs will be due in

accordance with the rules of appellate procedure applicable to accelerated appeals. *See* TEX. R.

APP. P. 35.1, 38.6. Appellant and appellees should each file a consolidated brief addressing all

issues related to the interlocutory appeal and the original proceeding. Appellant may file a reply

brief as permitted by the rules of appellate procedure.


/s/     DOUGLAS S. LANG
         PRESIDING JUSTICE